441 A.2d 764

Commonwealth v. Bonniger, Appellant.

Submitted June 13, 1980. Robert E. Dalton, Jr., for appellant; John Cowley, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Affirmed.